Catherine Doran, Appellee, v. Chicago Railways Company (Impleaded with Ashland Auto Garage), Appellant.

### Gen. No. 22,961.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. WILLIAM FENIMORE COOPER, Judge, presiding. Heard in this court at the October term, 1916. Reversed with finding of fact. Opinion filed May 28, 1917.

## Statement of the Case.

Action by Catherine Doran, plaintiff, against the Chicago Railways Company and Ashland Auto Garage, a corporation, defendants, to recover for personal injuries. From a verdict and judgment for plaintiff for $3,000, defendant Chicago Railways Company appeals.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

William H. Symmes and Frank L. Kriete, for appellant; J. R. Guilliams and Robert J. Slater, of counsel.

Joseph P. Mahoney, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

## Abstract of the Decision.

Street railroads, § 131*—*when evidence sufficient to show that injury to passenger in automobile colliding with street car was due to negligence of driver.* Evidence in an action to recover for personal injuries received through a collision between a street car and an automobile in which plaintiff was riding as a passenger, examined and *held* to show that the accident was caused wholly by the negligence of the driver of the automobile.